IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT N. CHAPPELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:09cv84-MHT |
| | )              (WO) |
| TROY UNIVERSITY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On April 23, 2009, the magistrate judge filed a recommendation (Doc. # 8) in this case to which no timely objections have been filed. Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge, it is ORDERED and ADJUDGED that the recommendation of the magistrate judge is adopted and that this case is dismissed.

An appropriate judgment will be entered.

Done this the 19th day of May, 2009.

/s/   MYRON H. THOMPSON
UNITED STATES DISTRICT JUDGE